IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RACHEAL ARD,<br>*Plaintiff,* | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CASE NO. 2:23-cv-289<br>*(Jury requested)* |
| BERKSHIRE HATHAWAY<br>HOMESTATE INSURANCE COMPANY<br>*Defendant.* | §<br>§<br>§<br>§ | |

## STIPULATION OF DISMISSAL OF CLAIMS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff RACHEAL ARD and file this her Stipulation of Dismissal with Prejudice of Claims against BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and show the following:

1. The Plaintiff hereby stipulates that all matters in controversy have been resolved and accordingly, this case shall be dismissed with prejudice against BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY.

2. Plaintiff and Defendant stipulate that all court costs shall be taxed against the party incurring same.

Respectfully submitted,

_____
BART BEHR
State Bar No. 00789843

Thomas J. Henry Injury Attorneys
5711 University Heights, Suite 101
San Antonio, Texas 78249
Telephone:	(210) 656-1000
Fax:		(888) 956-8001
Email:		bbehr-svc@thomasjhenrylaw.com

ATTORNEY FOR PLAINTIFF
RACHEAL ARD

AGREED:

_Gregory Peterson_ w/p by
GREGORY J. PETERSON
Federal ID No. 996381
State Bar No. 24057580
Greg@LJGLaw.com

GOLDMAN & PETERSON, PLLC
10100 Reunion Place, Suite 800
San Antonio, Texas  78216
Tel:	(210) 340-9800
Fax:	(210) 340-9888
*E-Mail: mail@LJGLaw.com
**service by e-mail to this address only**

ATTORNEY FOR DEFENDANT

2