United States District Court
Southern District of Texas
**ENTERED**
December 20, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RACHEAL ARD, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:23-CV-00289 |
| BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to Plaintiff's Stipulation of Dismissal of Claims (D.E. 32), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on December 20, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE